U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 10-cv-00467
Mohamed Makky Altoum, et al. v. Airbus, S.A.S, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
United Technologies Corporation, Defendant

| | |
|---|---|
| NAME (Type or print) <br> Yangsu A. Kim | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Yangsu A. Kim | |
| FIRM <br> Cray Huber Horstman Heil & VanAusdal LLC | |
| STREET ADDRESS <br> 303 W. Madison St., Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289938 | TELEPHONE NUMBER <br> (312) 332-8450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

    The undersigned certifies pursuant to Fed.R.Civ.P. 5 and LR 5.5, that a true and correct copy of the foregoing Appearance was served via electronic service on all counsel of record on February 10, 2010.

/s/Yangsu A. Kim<br>Yangsu A. Kim