## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MOHAMED MAKKY ALTOUM, AMAL ALEMAM )
ABDELKADER, HADER MAKKY ALTOUM, )
YASSEN MAKKY ALTOUM, ABDELRAHMAN )
SALIH ABDELRAHMEN, MAHASEN ELSHICK, )
RABIE AHMED ALHAJJ, TERHAB ABDELRAHEEM, )
SHAH RABIE ALHAJJ, MOAWAIA RABIE ALHAJJ, )
ALMEQDAD RABIE ALHAJJ, MOHAMMED RABIE )
ALHAJJ, MAKKAWY ABDELALLATIF, HALEM )
MOHAMED, SALWA OSMAN ALI, EMADELDIN )
OSMAN, AMR EMADELDIN OSMAN, OSMAN )
EMADELOIN, MOHAMED IBRAHIM ELKAHIL, )
FARAH BELLAH HAMOUDA, EMAN ABDELRAHEEM, )
SJA FARAH, SAMA FARAH, SALMA MOHANLED )
ALKANZY, MOHAMAD AWAD, ADAM BASHEER )
IBRAHIM, RAHAB HASHIM, HIND HASHIM, )
MALAK ELFATEH, AHMED ELFATEH, )
MOHAMMEDELFATEH, ESSAM )
ELDEEN FADEL, MAJED AWAD ALI HASSAN, )
ASHRAF ABDELBARY, ABDELBARY ASHRAF, )
TAYSEER ABDELBARY, ASIA KHAILI, KHADIJA )
MAHMEDD, ALTAYEB HASSAN, OMAR ALI )
AHMED, KAMAL ELDIN IBRAHIM, HANAN )
ABDELRAHEEM, AYA KAMAL ELDIN, ALAA'A )
KAMAL ELDIN, MOHAMED ABBAKER, )
AHMED ADAM, HUSSAIN BAKHIT YOUSIF, )
HAMED AHMED MOHAMED ELAGAR, )
MOHAMED OSMAN, MOHAMED OSMAN, )
Special Administrator of the Estate of OSMAN )
MOHAMED ALI KHAIRY, deceased, DR. ALI HASHIM )
MOHAMED, Special Administrator of the Estates of )
WALA ELDIN ALI HASHIM, deceased, WISAM )
ALI HASHIM, deceased, and ALNAZEER ALI HASHIM )
deceased, DR. ALI HASHIM MOHAMED, MOSTAFA )
ALANLEEN, AHMED ABDELMAGID MOHAMED )
ALI, KHALED ABDELRAHMAN, NADA AHMED, )
MOHAMED IBRAHIM, ABDELRAHEEM MOHAMED, )
NAFISA OSMAN, ASRAR MOSTAFA, SHARAF ELDIN )
MOHMED, ABDELRAHMAN EMADALDIN, HUSSAIN )
MOHAMED SALEH, ABDEL HALEEM ISHMAEL, )
NOUR ALWEJOUD IBRAHEEM, MOHAMED IBRAHIM )
YOUSEF, ZULFA MOHAMED ABBKER, FAWZIA )
IBRAHIM OMAR, AHMED IBRAHIM OMAR, AREEJ )

No.:  10 CV 00467

Judge Norgle

Magistrate Soat Brown

**Parker Hannifin
Corporation's
Corporate Disclosure
Statement Pursuant to
FRCP 7.1 and Local
Rule 3.2**

IBRAIDM OMAR, ANAS IBRAHIM OMAR, ENAS            )
IBRAHIM OMAR HAYDER SAEED ESSA, GHASAN           )
KHALAF KHALED, MEAAD KHEDER ABBAS,               )
IBRAHIM MOHAMED ADAM SALIH, RASHEED              )
EDRESS HAMDAN, MUBAREK GUMA-DIRAR                )
BASHIR, ISAM MOHAMED IBRAHIM, Special            )
Administrator of the Estate of RIHAM ISAM ALDIN, )
deceased, ELBARAA ISAM ALDIN, AWAB ISAM          )
ALDIN, ISAM MOHAMED IBRAHIM, SAWSAN              )
ABDULWARAB HAMED, ABDELKADER OMAR                )
ABDELKADER, MOMEN OMAR ABDELKADER,               )
MOHAMED OMAR ABDELKADER, OMAR                    )
ABDELKADER ALBALOLA, OMAR ABDELKADER             )
ALBALOLA, Special Administrator of the Estates of )
ENAM RAHMA MOSTAFA, deceased, and                )
IBRAHIM OMAR ABDELKADER, deceased, ABDALLAH      )
MOHAMED ABDALLAH, REDA ELSHEIK BABI              )
KIN SAEED, Special Administrator of the Estates of )
RIHAB ALSHICK, deceased, and MARIAM ABDELAZIZ,   )
deceased, ADEL GUBARA, ABDELAZIN HAMZA,          )
SAFIA MOHAMAD WARAAK, MOUNGI SHAFIK,             )
MOSTAFA SHABAAN, VASSER SOLIMAN, NAHID           )
ELSAYEO, SAMAH MOHAMED ABBAS, AHMEED             )
OMER ELSAYEO, MOHAMED OMER ELSAYED,              )
MAZIN OMER ELSAYED, MOMIN OMER,                  )
                                                 )
                          **PLAINTIFFS,**          )
                                                 )
             v.                                  )
                                                 )
AIRBUS, S.A.S., a corporation, UNITED TECHNOLOGIES )
CORP., a corporation, GOODRICH CORP., a corporation, )
GOODRICH ACTUATION SYSTEMS, LTD.,                )
a corporation, EATON CORPORATION,                )
a corporation, PARKER HANNIFIN CORPORATION, a    )
corporation, GE AVIATION, a corporation,         )
MONTROSE GLOBAL CAPITAL, LLP, a limited liability )
partnership, MGC LEASING, INC., a corporation,   )
BANK OFAMERICA CORP., a corporation,             )
ROSEMOUNT AEROSPACE, INC., a corporation,        )
HONEYWELL, INTERNATIONAL, a corporation,         )
                                                 )
                          **DEFENDANTS.**          )

**PARKER HANNIFIN CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

2

Pursuant to Fed. R. Civ. P. 7.1, and Local Rule 3.2, Defendant PARKER HANNIFIN

CORPORATION hereby provides the Court with the following Corporate Disclosure Statement:

1.      PARKER HANNIFIN CORPORATION has no parent entity;

2.      No publicly held entity owns five percent (5%) or more of PARKER HANNIFIN

CORPORATION stock;

3.      No publicly held entity owns ten percent (10%) or more of PARKER HANNIFIN

CORPORATION stock.

Dated:  February 10, 2010                    Respectfully submitted,

                                             **PARKER HANNIFIN CORPORATION**


                                             By:    /s/ Linda J. Schneider
                                                    One of Their Attorneys

Michael J. Merlo
Linda J. Schneider
Donald G. Machalinski
MERLO KANOFSKY & GREGG Ltd.
208 S. LaSalle Street, Suite 1750
Chicago, IL  60604
Telephone:  (312) 553-5500
Fax:  (312) 553-1586

## CERTIFICATE OF SERVICE

I hereby certify that on the 10TH day of February, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

**Counsel for Plaintiffs**
Floyd A. Wisner
Wisner Law Firm
3N 780 Trotter Lane
St. Charles, IL 60175
Ph:  (630) 513-9434
Fax:  (630) 513-6287
E-mail: faw@wisner-law.com
*ATTORNEY TO BE NOTICED*

**Counsel for United Technologies**
Daniel K. Cray
Adam C. Carter
Yangsu Ann Kim
Cray Huber Horstman Heil & VanAusdal LLC
303 W. Madison St., Suite 2200
Chicago, IL 60606
Ph:  (312) 332-8450
Fax:  (312) 332-8451
E-mail: dkc@crayhuber.com
E-mail:acc@crayhuber.com
E-mail: yangsu.ann.kim@gmail.com

-And-

Ralph V. Pagano
Mendes & Mount, LLP
750 Seventh Ave.
New York, NY 10019-6829
Ph:  (212) 261-8000
Fax:  (212) 261-8750
E-mail:  Ralph.Pagano@mendes.com

**Counsel for Honeywell International**
Michael G. McQuillen
Brian T. Maye
Mark Samuel Susina
Adler Murphy & McQuillen LLP
One North LaSalle St., Suite 2300
Chicago, IL 60602

4

Ph: (312) 345-0700
Fax: (312) 345-9860
E-mail: mmcquillen@amm-law.com
E-mail: bmaye@amm-law.com
E-mail: msusina@amm-law.com
*ATTORNEY TO BE NOTICED*

**Counsel for Eaton Corp.**
Monica M. Tynan
Patrick S. Nolan
Quarles & Brady LLP
300 North LaSalle St., Suite 4000
Chicago, IL 60654
Ph:  (312) 715-5000
Fax: (312) 715-5155
E-mail: monica.tynan@quarles.com
*ATTORNEY TO BE NOTICED*

Darrell M. Padgette
Mendes & Mount, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA  90071
Ph:  (312) 955-7700
E-mail:  darrell.padgette@mendes.com
*PRO HAVE VICE*
*ATTORNEY TO BE NOTICED*

Garrett J. Fitzpatrick
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019
Ph:      (212) 261-8280
Fax:     (212) 261-8750
E-Mail:  garrett.fitzpatrick@mendes.com

-And-

Michael H. Schaalman
Eric J. Van Vugt
Quarles & Brady, LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI  53202
Ph:  (414) 277-5000
Schaalman Direct Dial:  (414) 277-5325
Vugt Direct Dial:  (414) 277-5625
E-mail:  michael.schaalman@quarles.com

E-mail:  eric.vanvugt@quarles.com

**Counsel for Airbus S.A.S.**
Stanley V. Boychuck
Anthony J. Monaco
Patrick P. Clyder
Swanson Martin & Bell LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
Ph: (312) 321-9100
Fax: (312) 321-0990
E-mail:  sboychuc@smbtrials.com
E-mail:  amonaco@smbtrials.com
E-mail:  pclyder@smbtrials.com

-And-

Thad T. Dameris
David J. Weiner
Christopher Odell
Bruce D. Oakley
Hogan & Hartson, LLP
Bank of America Center
700 Louisiana St., Suite 4300
Houston, TX 77002
Ph:  (713) 632-1410
Fax:  (713) 583-6297
E-mail:  tdameris@hhlaw.com
E-mail:  DJWeiner@HHLAW.com
E-mail:  bdoakley@hhlaw.com

David Weiner
Hogan & Hartson
555 Thirteenth Street
Washington, D.C.  20004
Ph:  (202) 637-5617

**Attorneys for Goodrich Corp., Goodrich Actuation Systems, and Rosemount Aerospace, Inc.**
Daniel A. Cummings
Alan S. Madans
Robin K. Powers
Rothschild, Barry & Myers, P.C.
55 West Monroe St.
Xerox Centre, Suite 3900
Chicago, IL 60603-5012

Ph:  (312) 372-2345
E-mail:  powers@rbmchicago.com
E-mail:  madans@rbmchicago.com
E-mail:  powers@rbmchicago.com
*ATTORNEY TO BE NOTICED*

-And-

Frank J. Chiarchiaro
Jason Vincent
Mendes & Mount, LLP
750 Seventh Ave.
New York, NY 10019
Ph:  (212) 261-8178
Fax:  (212) 261-8750
E-mail:  Frank.Chiarshiaro@mendes.com
E-mail:  Jason.Vincent@mendes.com

**Counsel for Bank of America Corporation**
Jeffrey W. Morof
Jennifer W. Russell
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL  60601
Ph:  (312) 602-5045
E-mail:  jwmorof@bryancave.com
E-mail:  Jennifer.russell@bryancave.com

**Counsel for Montrose Global Capital and MGC Leasing, Inc.**
Jeffrey W. Morof
Jennifer Wilson Russell
Bryan Cave
161 N. Clark Street, Suite 4300
Chicago, IL  60601
Ph:  (312) 602-5045
E-mail:  jwmorof@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counsel for General Electric Company**
Christopher R. Christensen
Condon & Forsyth LLP
7 Times Square - 18th Floor
New York , NY 10036
(212) 894-6720
Email: cchristensen@condonlaw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jonathan E. DeMay
Condon & Forsyth LLP
7 Times Square - 18th Floor
New York , NY 10065
(212) 894-6816
Email: jdemay@condonlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Susan Valentine
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive
Suite 1700
Chicago , IL 60606
(312) 663-3100
Email: svalentine@robinsoncurley.com
*ATTORNEY TO BE NOTICED*

By:    /s/ Linda J. Schneider
            One of Their Attorneys